UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MARC TITUS,

                Plaintiff,              **NOTICE TO PLAINTIFF**

    - v -

                                                     CV-05-2377 (SLT)(VVP)

CITY OF NEW YORK, et al.,

                Defendants.
----------------------------------------------------------x

      A conference has been scheduled in this matter to be held on **Wednesday, December 21, 2005 at 11:00 a.m.** in courtroom 519 of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201. Your attorney, Thomas Sheehan, has been suspended from practice and therefore cannot represent you in this case. You should therefore attempt to find another attorney to represent you. If you find another attorney who is willing to represent you, he must appear at the conference. If you are unable to find an attorney before the conference, you are required to appear in person at the conference. If for any reason you have a conflicting appointment which prevents you from attending, you may seek an adjournment by addressing a letter to the court. Send the letter to Viktor V. Pohorelsky, U.S. Magistrate Judge, 225 Cadman Plaza East, Brooklyn, NY 11201. The letter must be sent at least five business days before the conference.

      **IF YOU OR AN ATTORNEY APPEARING ON YOUR BEHALF DO NOT APPEAR AT THE NEXT CONFERENCE, YOUR CASE WILL BE SUBJECT TO DISMISSAL FOR LACK OF PROSECUTION.**

                                                     SO ORDERED:

                                                *Viktor V. Pohorelsky*
                                               VIKTOR V. POHORELSKY
                                              United States Magistrate Judge

Dated:   Brooklyn, New York
            November 22, 2005